IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**FILED**

APR 2 2 2005

ARLEN B. COYLE, CLERK
By /s/
Deputy

CITY OF OKOLONA, MISSISSIPPI    §
                                §
     Plaintiff                  §
                                §
v.                              §    CIVIL ACTION NO. 1:05-CV-00109
                                §
OKOLONA, MISSISSIPPI DEMOCRATIC  §
EXECUTIVE COMMITTEE, et al.,    §
                                §
     Defendants.                §

ORDER CONSTITUTING THREE-JUDGE COURT

1.  Requesting Judge:    Michael P. Mills
                         Northern District of Mississippi

2.  Circuit Judge:       Rhesa H. Barksdale
                         United States Court of Appeals for
                         the Fifth Circuit

3.  District Judge:      Glen H. Davidson
                         Northern District of Mississippi

Having been informed by the above identified requesting district judge that this action, which has been presented to him, is required to be heard and determined by a court composed of three judges, pursuant to the provisions of 28 U.S.C. § 2284, as Chief Judge of the United States Court of Appeals for the Fifth Circuit, I hereby designate the United States circuit and district judges named above as the members of the three-judge district court that is to hear and resolve this matter.

This Order is not to be taken as a pre-judgment, express or implied, that this is an action to be heard exclusively by a three-judge court. That question is best answered by a three-judge court. The parties will be afforded the opportunity to brief and

argue all questions as may appropriately be presented to the three-judge panel, either preliminarily or on the trial of the merits, as the court deems appropriate.

                                                                Carolyn Dineen King, Chief Judge
                                                                 United States Court of Appeals
                                                                 for the Fifth Circuit

Date:   April 22, 2005