**FILED**

APR 25 2005

ARLEN B/COLE, CLERK
BY /s/ Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DISTRICT

| | |
|---|---|
| CITY OF OKOLONA, MISSISSIPPI | PLAINTIFF |
| V. | CASE NO. 1:05CV109 |
| OKOLONA, MISSISSIPPI DEMOCRATIC EXECUTIVE COMMITTEE and OKOLONA, MISSISSIPPI MUNICIPAL ELECTION COMMISSION | DEFENDANTS |

## ORDER

BEFORE BARKSDALE, CIRCUIT JUDGE; DAVIDSON, DISTRICT JUDGE AND MILLS, DISTRICT JUDGE

MILLS, J., FOR THE COURT

A three-judge panel having been appointed to hear this case, it is hereby ordered that the parties appear in open court at 1 p.m on Thursday, April 28, 2005 in Oxford, Mississippi to provide testimony and other evidence and oral arguments regarding the injunction sought by plaintiff. The court has been notified by counsel for plaintiff that service of process has been served upon the named defendants. In addition to these named defendants, the court orders that the Mississippi Republican Party and United States Attorney James Greenlee be provided with notice of this action and pending hearing and invited to participate.[1] It is further ordered that all parties and the aforementioned interested parties file briefs in support of or in opposition to the requested injunction, along with lists of any witnesses and exhibits, by no later than 1 p.m. Wednesday, April 27, 2005.

---

[1] The court has been informed by counsel for plaintiff that there is no Okolona, Mississippi Republican Executive Committee, or comparable organization. The court accepts this representation at face value.

So ordered, the 25th day of April, 2005.

                                                                  _____
                                                                  MICHAEL P. MILLS
                                                                  UNITED STATES DISTRICT JUDGE,
                                                                  FOR THE COURT